```
 1 | Frank Woodson
   | Navan Ward
 2 | BEASLEY, ALLEN, CROW, METHVIN,
   | PORTIS & MILES, P.C.
 3 | 218 Commerce Street
   | P.O. Box 4160
 4 | Montgomery, Alabama 36103
   | Telephone: 334-269-2343
 5 | Facsimile: 334-954-7555
   | Attorneys for Plaintiffs
 6
 7
 8 |                UNITED STATES DISTRICT COURT
 9 |                NORTHERN DISTRICT OF CALIFORNIA
10 |                    SAN FRANCISCO DIVISION
11
12 | IN RE: BEXTRA AND CELEBREX            MDL NO. 1699
   | MARKETING SALES PRACTICES AND         District Judge: Charles R. Breyer
13 | PRODUCT LIABILITY LITIGATION
14 | This Document Relates To:
15 | William Randolph Hall, Sr. vs. Pfizer Inc, et al.   STIPULATION AND ORDER OF
   | (06-2273 CRB)                                       DISMISSAL WITH PREJUDICE
16
17 | Roger Harper vs. Pfizer Inc, et al.
   | (06-6023 CRB)
18 | Sandra Hawkins, et al. vs. Pfizer Inc, et al.
   | (07-2218 CRB)
19
20 | Leon Hendrix vs. Pfizer Inc, et al.
   | (08-0704 CRB)
21 | Tom Hilaman (FL), et al. vs. Pfizer Inc, et al.
   | (07-4383 CRB)
22
23 | Charles Lee Holmes vs. Pfizer Inc, et al.
   | (06-4211 CRB)
24 | Bruce Holzwarth vs. Pfizer Inc, et al.
   | (07-3035 CRB)
25
26 | David E. Huard vs. Pfizer Inc, et al.
   | (08-0796 CRB)
27 | Clifford Jackson vs. Pfizer Inc, et al.
   | (06-5042 CRB)
28
```

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42579891.1

*Debbie Jackson, et al. vs. Pfizer Inc, et al.*
(06-2605 CRB)

*Ozzie Jackson vs. Pfizer Inc, et al.*
(06-2274 CRB)

*Ronald Jacoby vs. Pfizer Inc, et al.*
(07-4689 CRB)

*Kathy Jewell vs. Pfizer Inc, et al.*
(07-1355 CRB)

*Dorothy Johnson vs. Pfizer Inc, et al.*
(06-5039 CRB)

*Billie Jean Johnstone vs. G.D. Searle LLC, et al.*
(07-4549 CRB)

*John R. Jones vs. Pfizer Inc, et al.*
(06-3899 CRB)

*Sylvester Jones vs. G.D. Searle LLC, et al.*
(07-4550 CRB)

*Robert K. Kiser II vs. Pfizer Inc, et al.*
(06-4104 CRB)

*Frank Klinger vs. G.D. Searle LLC, et al.*
(05-4739 CRB)

*Alberta A. Kreitzer vs. Pfizer Inc, et al.*
(08-2149 CRB)

*Vasudev Kulkarni vs. Pfizer Inc, et al.*
(07-1528 CRB)

*Bertha R. Lacy vs. Pfizer Inc, et al.*
(06-7383 CRB)

*Jackie Lancaster (MS), et al. vs. Pfizer Inc, et al.*
(08-1856 CRB)

*Thomas Lauer vs. Pfizer Inc, et al.*
(08-2854 CRB)

*Barbara Laver vs. Pfizer Inc, et al.*
(08-3705 CRB)

*Kenneth Prouty, et al. vs. Pfizer Inc, et al.*
(06-7631 CRB)

*Vickie L. Lewis vs. Pfizer Inc, et al.*
(06-4284 CRB)

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42579891.1

1. *Robert L. Lippincott vs. Pfizer Inc, et al.*
   (07-5018 CRB)

2. 

3. *John Scarcliff vs. G.D. Searle LLC, et al.*
   (05-4454 CRB)

4. 

5. *Norma Matthias vs. Pfizer Inc, et al.*
   (06-7632 CRB)

6. *Elise Mayes vs. Pfizer Inc, et al.*
   (08-3702 CRB)

7. 

8. *William D. McCluskey vs. Merck & Co. Inc, et al.*
   (07-3342 CRB)

9. 

10. *Phyllis McCord vs. G.D. Searle LLC, et al.*
    (05-4738 CRB)

11. *Barbara Dyer, et al. vs. Pfizer Inc, et al.*
    (07-1317 CRB)

12. 

13. *Vince Mejer vs. Pfizer Inc, et al.*
    (07-0237 CRB)

14. *James Byron McVay vs. Pfizer Inc, et al.*
    (07-0861 CRB)

15. 

16. *Alfred Melton vs. Pfizer Inc, et al.*
    (06-2745 CRB)

17. *Richard McNabb, et al. vs. Pfizer Inc, et al.*
    (07-6450 CRB)

18. 

19. *Wilmer Merriweather vs. G.D. Searle LLC, et al.*
    (05-4452 CRB)

20. 

21. *Rhoda Messer, et al. vs. Pfizer Inc, et al.*
    (06-6588 CRB)

22. *Ronald Miller vs. Pfizer Inc, et al.*
    (09-0892 CRB)

23. 

24. *Linda Mirza vs. Pfizer Inc, et al.*
    (06-3818 CRB)

25. *Carolyn Montiforte vs. Pfizer Inc, et al.*
    (07-4735 CRB)

26. 

27. *Henry C. Morris vs. Pfizer Inc, et al.*
    (06-3686 CRB)

28. *Cynthia H. Mullis, et al. vs. Pfizer Inc, et al.*

-3-

```
 1 | (09-0891 CRB)
 2 | Patsy Murry, et al. vs. Pfizer Inc, et al.
   | (06-7438 CRB)
 3 |
   | Ed Narke vs. Pfizer Inc, et al.
 4 | (08-0260 CRB)
 5 | Dian C. Neal vs. Pfizer Inc, et al.
   | (06-3900 CRB)
 6 |
   | Rosa M. Nelson vs. Pfizer Inc, et al.
 7 | (06-2275 CRB)
 8 | Cliff Norwood vs. G.D. Searle LLC, et al.
   | (05-4451 CRB)
 9 |
   | Floyd Odom vs. Pfizer Inc, et al.
10 | (07-5885 CRB)
11 | Joan J. Opel vs. Pfizer Inc, et al.
   | (07-~~4942~~ CRB) 6441
12 |
   | Mary Osteen vs. Pfizer Inc, et al.
13 | (06-6928 CRB)
14 | Elvis Owens, et al. vs. Pfizer Inc, et al.
   | (06-5002 CRB)
15 |
   | James Curtis Owens vs. Pfizer Inc, et al.
16 | (06-1669 CRB)
17 | Marvin Palmer vs. Pfizer Inc, et al.
   | (06-6499 CRB)
18 |
   | Albert Pearson vs. G.D. Searle LLC, et al.
19 | (05-4455 CRB)
20 | R.V. Perkins vs. Pfizer Inc, et al.
   | (08-3699 CRB)
21 |
   | Jo Anne Pierce vs. G.D. Searle LLC, et al.
22 | (05-4492 CRB)
23 | Kirk Redenius vs. Pfizer Inc, et al.
   | (06-4901 CRB)
24 |
   | Linda Redinger vs. Pfizer Inc, et al.
25 | (07-0454 CRB)
26 | Tammy L. Ribble vs. Pfizer Inc, et al.
   | (06-7283 CRB)
27 |
   | Zelma Riffle, et al. vs. Pfizer Inc, et al.
28 | (06-6114 CRB)
```

*Tracy Ring vs. G.D. Searle LLC, et al.*
(06-0733 CRB)

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10.16 2009    By: /s/ Navan Ward Jr.

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: Oct. 19, 2009    By: /s/

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 10/22/2009

Hon. Charles R. Breyer
United States District Court

-5-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE